1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendants

7                IN THE UNITED STATES DISTRICT COURT
8                EASTERN DISTRICT OF CALIFORNIA
9

10 SIVASHANKARAPANDIAN           CASE NO. 2:22-CV-02293-JAM-DB
   CHELLAPANDIAN,
11                               **STIPULATION AND ORDER FOR FIRST
                Plaintiff,       EXTENSION OF TIME**
12
        v.
13
   UR JADDOU, ET AL.,
14
                Defendants.
15

16

17

18     The Defendants respectfully request a first extension of time in which to respond to the

19 Complaint, and counsel for Plaintiff does not oppose. This case concerns Plaintiff's lawful permanent

20 residence applications for himself and his wife, which Plaintiff filed with U.S. Citizenship and

21 Immigration Services ("USCIS") in April 2012. Plaintiff's priority date most recently became current in

22 April 2021 and his applications were ripe for adjudication at that time. Counsel for Defendants is

23 working with USCIS to take further action in this matter, which is expected to render this lawsuit moot.

24 ///

25 ///

26 ///

27 ///

28
                                        1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is **June 16, 2023**. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: April 13, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ GEORGES ANDREW HADDAD
GEORGES ANDREW HADDAD
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: April 13, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

2