PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIVASHANKARAPANDIAN CHELLAPANDIAN, | CASE NO. 2:22-cv-02293-JAM-DB |
| Plaintiff, | **STIPULATION AND ORDER FOR THIRD EXTENSION OF TIME** |
| v. | |
| UR JADDOU, ET AL., | |
| Defendants. | |

The Defendants respectfully request a third extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns Plaintiff's lawful permanent residence applications for himself and his wife, which Plaintiff filed with U.S. Citizenship and Immigration Services ("USCIS") in April 2012. Plaintiff's priority date most recently became current in April 2021 and his applications were ripe for adjudication at that time. On June 12, 2023, USCIS issued a notice of intent to deny ("NOID") to Plaintiff. Plaintiff submitted a timely response to the NOID. The parties anticipate that USCIS will soon complete the adjudication, which is expected to render this lawsuit moot.

///

///

1

1    The parties therefore stipulate that the new date for Defendants to file an answer or other

2 dispositive pleading is **August 29, 2023**.  The parties further request that all other filing deadlines be

3 similarly extended.

4

5 Respectfully submitted,

6

7  Dated:  August 9, 2023                          PHILLIP A. TALBERT
                                                   United States Attorney
8

9                                          By:   /s/ ELLIOT C. WONG
                                                 ELLIOT C. WONG
10                                               Assistant United States Attorney

11

12                                               /s/ GEORGES ANDREW HADDAD
                                                 GEORGES ANDREW HADDAD
13                                               Counsel for Plaintiff

14

15                                   **ORDER**

16          **IT IS SO ORDERED**.

17
   Dated: August 10, 2023              /s/ John A. Mendez
18                                      THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28
                                        2